UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DOWNTOWN DEPOT LLC,

    Plaintiff,

        v.                                    CASE NO. 3:24-CV-632-CCB-SJF

LIGHTNING ROD MUTUAL
INSURANCE COMPANY,

    Defendant.

## ORDER

General Order 2023-06 of the Northern District of Indiana requires parties to provide adequate notice regarding their corporate interests. The requirements set forth in the General Order supplement the disclosure requirements of Fed. R. Civ. P. 7.1. *See* General Orders, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA, https://www.innd.uscourts.gov/usdc-general-orders (last visited August 19, 2024).

As of this date, Plaintiff Downtown Depot, LLC has not filed a corporate disclosure statement. Defendant Lightning Rod Mutual Insurance Company, has not complied with the requirements of General Order 2023-06. Accordingly, parties are **ORDERED** to each file a fully compliant corporate disclosure statement on or before **September 3, 2024**.

Assuming Plaintiff Downtown Depot, LLC, and Defendant Lightning Rod Mutual Insurance Company, timely file their corporate disclosure statements as ordered, no further Court action—including notice of compliance—will be taken.

**SO ORDERED** this 22nd day of August 2024.

                                                s/Scott J. Frankel
                                                Scott J. Frankel
                                                United States Magistrate Judge